# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Bernadette Wilkinson | : | Civil Action |
| | : | |
| Plaintiff, | : | No. 21-2588 |
| v. | : | |
| | : | |
| Abington Township. | : | |
| | : | |
| Defendants | : | JURY TRIAL DEMANDED |

## CONFIDENTIALITY STIPULATION AND ORDER

It is hereby **STIPULATED** and **AGREED** by and among Plaintiff, BERNADETTE WILKINSON ("Plaintiff") and her counsel, and Defendant, ABINGTON TOWNSHIP ("Defendant") and its counsel, by the authorized signatures of their counsel below and **ORDERED** by the Court as follows:

1. Documents pertaining to personal information including without limitation the qualifications and/or discipline of non-parties to this lawsuit shall be considered confidential and hereinafter referred to as "Confidential Information."

2. Confidential Information shall be used solely in connection with the prosecution, defense, and/or settlement of the claims in this litigation, and shall not be used for any other purposes or proceeding, unless a court of competent jurisdiction orders disclosure of the information in another matter or proceeding.

3. Access to Confidential Information shall be limited to: (1) the parties; (2) the parties' counsel and personnel at their counsels' law firms; (3) expert witnesses in this litigation; (4) consultants or experts retained in this litigation; (5) reporters transcribing depositions in this litigation and the reporters' staff; and (6) witnesses at trial and during

depositions; and (7) any court or court personnel involved in this litigation. Confidential Information shall not be revealed, disclosed, or discussed with any other persons aside from those specified in the preceding sentence, unless a court of competent jurisdiction orders disclosure of the information in another matter or proceeding.

4. Non-expert witnesses may only be shown Confidential Information during deposition or trial; prior to the deposition or trial to the extent necessary to prepare the witness to testify; and/or for use in reviewing his/her deposition transcript for purposes of signature. Non-expert witnesses must return all copies of Confidential Information to counsel of record upon completion of the witnesses' review.

5. Any court filings or submissions in this Court that include or disclose Confidential Information shall be filed under seal and shall remain under seal until further Order of the Court. Filings under seal shall be in accordance with the Clerk's Office Procedural Handbook, Section entitled "Documents," Subpart F entitled "Sealed Pleadings." Counsel submitting such matters shall state "TO BE FILED UNDER SEAL pursuant to Order of _____ (this date)" next to the caption.

6. The signing of the Stipulation and Order shall be binding upon counsel and the parties. Any person to whom confidential matters are disclosed shall be subject to this Stipulation and Order and shall take all reasonable precautions to prevent any use or disclosure other than as authorized herein.

7. This Stipulation and Order does not apply to the presentation of evidence at trial or hearings in open Court.

8. The Parties do not, by this Stipulation and Order, waive any right to apply to the Court for any protective order or to seek modification of this Stipulation and Order.

9. The Parties do not, by this Stipulation and Order, waive any objections they might otherwise have under the Federal Rules of Civil Procedure or the Federal Rules of Evidence.

10. This Stipulation will be signed by the parties in counterpart.

11. The Court retains the right to allow disclosure of any subject covered by this stipulation or to modify this stipulation at any time in the interest of justice.

**WHEREFORE**, the parties, through their undersigned counsel, ask this Court to approve this stipulation as an order.

**IT IS SO ORDERED:**

**Date: 9/29/2021**  /s/ Wendy Beetlestone, J.

**WENDY BEETLESTONE              J.**

**FOR PLAINTIFF:**              **FOR DEFENDANT:**

*/s/ David Deratzian*              */s/ Andrew Adair*

DAVID L. DERATZIAN, ESQ.              ANDREW B. ADAIR, ESQ.

DATED: 09/29/21              DATED: 09/29/21